# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136600

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 136600
                                      COA: 283799
                                      Jackson CC: 06-004643-FH;
                                      06-004752-FH; 06-004760-FH

TODD ALAN BINSCHUS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 28, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

      WEAVER, J., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008 _____                                               _____

p0828                                                                Clerk